CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 17 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| SHALENA PIERSON | ) | |
| | ) | Case No. 7:03CV00659 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART | ) | |
| Commissioner of Social Security, | ) | By: Hon. James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order affirming the Commissioner's final decision be entered. Objections to the report have been filed and considered, and the Court, upon review of the record, is of the opinion that the report should be adopted. It is, accordingly,

## ADJUDGED AND ORDERED

that Magistrate Crigler's recommendation is **ADOPTED** in its entirety. The final decision of the Commissioner of Social Security is **AFFIRMED**. Judgment for the defendant is **GRANTED** and this case is **DISMISSED** from the docket of the Court.

The Clerk of Court is directed to send certified copies of this order to all counsel of record.

ENTER: This 17th day of August, 2006

Senior United States District Judge